IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

PAULA KIPP,

Plaintiff,

vs.

MICHELLE KING, Acting Commissioner of
Social Security,

Defendant.

8:25CV34

ORDER ON MOTION FOR LEAVE TO
WITHDRAW AS COUNSEL

This case is before the Court on the Defendant's Motion for Leave to Withdraw as Counsel. Filing 11. Defendant notifies the Court that Assistant United States Attorney Tim Hook seeks leave to withdraw as he no longer serves as an AUSA for the District of Nebraska. AUSA Shereece Dendy-Sanders will remain as counsel for Defendant in this case. Accordingly,

IT IS ORDERED that AUSA Tim Hook is granted leave to withdraw. AUSA Shereece Dendy-Sanders will remain as counsel for Defendant in this case.

Dated this 9th day of June, 2025.

BY THE COURT:

Brian C. Buescher
United States District Judge

1