IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PAULA KIPP,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>FRANK BISIGNANO,[1] Commissioner of Social Security,<br><br>　　　　　　Defendant. | 8:25CV34<br><br>ORDER ON UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION TO AFFIRM |

　　　　This case is before the Court on Defendant's Unopposed Motion for Extension of Time. Filing 13. Defendant seeks a 30-day extension, to July 30, 2025, to file a Motion to Affirm the Commissioner's Decision and supporting brief. Filing 13 at 1. Defendant asserts that additional time is needed to review and respond to issues raised in Plaintiff's Brief and represents that opposing counsel does not oppose the requested extension. Accordingly,

　　　　IT IS ORDERED that Defendant's Unopposed Motion for Extension of Time, Filing 13, is granted. Defendant shall have to and including July 30, 2025, to file a Motion to Affirm the Commissioner's Decision and supporting brief.

　　　　Dated this 24th day of June, 2025.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Brian C. Buescher
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] Frank Bisignano became the Commissioner of Social Security on May 6, 2025. Pursuant to Federal Rule of Civil Procedure 25(d), Frank Bisignano is substituted as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1

8:25-cv-00034-BCB Doc # 14 Filed: 06/24/25 Page 2 of 2 - Page ID # 1958

2